UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Maurice Devlon Haire**  Docket No. 7:03-CR-50-1F

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Maurice Devlon Haire, who, upon an earlier plea of guilty to 18 U.S.C. § 922(g)(1), Possession of A firearm by a Convicted Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on November 10, 2003, to the custody of the Bureau of Prisons for a term of 148 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On January 16, 2009, the term of imprisonment was reduced to 128 months.

Maurice Devlon Haire was released from custody on August 1, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 31 and April 7, 2015, Haire submitted to urine testing at our contract substance abuse treatment and testing facility. The results of the tests were returned from the laboratory indicating that each specimen was not consistent with normal human urine. On May 7, 2015, he was confronted about these tests and admitted to substituting a mixture of soft drink and water for the urine samples. Furthermore, he admitted to smoking marijuana sometime in April 2015. In addition, on April 27, 2015, Haire committed the offense of Driving While Impaired. He was arrested and charged by the N.C. Highway Patrol with Failure to Wear a Seatbelt and Driving While Impaired. Haire refused to submit a Breath Alcohol Test, but admitted to the probation officer that he had consumed alcohol prior to driving on that date. The charge remains pending trial in Bladen County, NC.

On May 7, 2015, Haire and this officer discussed the violations of supervision he has incurred since his release. Haire indicated he is making bad decisions and cannot seem to get his mind to function properly to enable him to comply fully with the conditions of supervision. He asked if he could receive mental health counseling in addition to the ongoing substance abuse treatment. He has been advised that the court may only give him one chance to seek help for his substance abuse and mental health problems and if any further violations occur, he will face a revocation hearing. In view thereof, we would recommend supervision be continued but modified to require Haire to participate in mental health counseling and serve 5 weekends in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 weekends, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Maurice Devlon Haire
Docket No. 7:03-CR-50-1F
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ John A. Cooper |
| Robert L. Thornton | John A. Cooper |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-679-2046 |
| | Executed On: May 12, 2015 |

### ORDER OF THE COURT

Considered and ordered this 13th day of May, 2015 and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge